Paul M. Allo, Respondent, v. Vitall Benguiat and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Standard Mail Order Company, Respondent, v. Harry Kaufman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Antonio G. Casazza and Another, Respondents, v. Interborough Rapid Transit Company and Another, Appellants. Malvine Bauer, Respondent, v. Interborough Rapid Transit Company and Another, Appellants. Malvine Bauer, Respondent, v. Interborough Rapid Transit Company and Another, Appellants. Josephine N. Cowperthwait and Others, Respondents, v. Interborough Rapid Transit Company and Another, Appellants. Abraham Lisbeskind, Respondent, v. Interborough Rapid Transit Company and Another, Appellants. Cord H. Schroeder, Respondent, v. Interborough Rapid Transit Company and Another, Appellants. Robert Kommel, Respondent, v. Interborough Rapid Transit Company and Another, Appellants. Josephine Kaiser Schwefel, Respondent, v. Interborough Rapid Transit Company and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick H. Sullivan and Another, as Executors, etc., Respondents, v. David Kraus and Another, as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edward M. Bell, Respondent, v. James Butler, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Potts, Respondent, v. Bradley Contracting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edmund K. Stallo, Appellant, v. Arthur H. Jones, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The City of New York v. Alliegro & Spallons Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Israel Benjamin v. The City of New York.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Frances Company v. Rhinelander Waldo, etc.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.